UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:  ORDER OF DISMISSAL
 FOR
**Tronox Incorporated**  FAILURE TO PROSECUTE
 BANKRUPTCY APPEAL

-----------------------------------------------------X  21-CV-8579 JPC

FROM:  VITO GENNA, CLERK
 UNITED STATES BANKRUPTCY COURT
 SOUTHERN DISTRICT OF NEW YORK

TO:  RUBY J. KRAJICK, CLERK
 UNITED STATES DISTRICT COURT
 SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated   BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02//2021
APPELLANT: Timothy Alan Barr
BANKRUPTCY DOCUMENT #: 9540

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

 _X_  FRBP 8009
 ___ Federal Rules of Civil Procedure (Rule _____)
 ___ 28 U.S.C. 1930 - the requirement to pay a filing fee
 ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **July 20, 2022**  Vito Genna, Clerk
 New York, New York  U.S. Bankruptcy Court, SDNY

 By:  __s/ Anatin Rouzeau__
  Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 21_____ 20_22_   _____
 New York, New York  Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____  Ruby J. Krajick , Clerk
  District Court, SDNY

 By: _____
  Deputy Clerk